IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CYNTHIA POLLARD, *individually*    \*
*and on behalf of Shamaruel*
*Pollard*                               \*

    Plaintiffs,           \*

vs.                               \*       CASE NO. 4:24-CV-53 (CDL)

DENISE JACOBSON, *et al.*,     \*

    Defendants.          \*

O R D E R

Based on the Court's review, Plaintiffs' complaint does not contain a short and plain statement of the grounds for the Court's jurisdiction as required by Federal Rule of Civil Procedure 8(a)(1). The Complaint contains factual allegations about the citizenship of Defendants, but it does not clearly assert factual allegations about Plaintiffs' citizenship. The Court thus cannot discern whether complete diversity exists. Within seven days of the date of this order, Plaintiffs shall file an amended complaint that sets forth the grounds for the Court's jurisdiction.

IT IS SO ORDERED, this 23rd day of April, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA