```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF GEORGIA
                            COLUMBUS DIVISION
```

CYNTHIA POLLARD, *individually and on behalf of* SHAMARUEL POLLARD,

    Plaintiffs,

vs.

DENISE R. JACOBSON, *et al.*,

    Defendants.

CASE NO. 4:24-CV-53 (CDL)

## O R D E R

The Court ordered Plaintiffs to show cause why this action should not be dismissed for improper venue and/or lack of personal jurisdiction. *See* Order (May 9, 2024), ECF No. 8. Plaintiffs responded to the show cause order and stated that they agree that venue is not proper in this Court and that this action should be dismissed without prejudice. *See* Response (May 16, 2024), ECF No. 9. Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED, this 17th day of May, 2024.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA